No. 961. DEAL ET AL. *v.* NELSON ET AL. Sup. Ct. Ill. Certiorari denied. *William J. Voelker, Jr.,* for petitioners. *William J. Scott,* Attorney General of Illinois, and *Francis T. Crowe,* Assistant Attorney General, for respondents.

No. 964. ROSENSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *G. W. Gill, Sr.,* and *Geo. M. Leppert* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.

No. 967. ESTATE OF UPSHAW ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. *Jack C. Brown* for petitioners. *Solicitor General Griswold* and *Assistant Attorney General Walters* for respondent.

No. 1059. CHUBET *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 1060. FISHEL PRODUCTS CO. *v.* COMMODITY CREDIT CORP. ET AL. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus,* and *Robert V. Zener* for respondents.

No. 1063. BURNS ET AL. *v.* BOARD OF SUPERVISORS OF FAIRFAX COUNTY. Sup. Ct. App. Va. Certiorari denied. *Bertie E. Tubaugh* for petitioners. *Donald C. Stevens* for respondent.